```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

        NOV 10 2010

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,   CR10 0340 MJP

    Plaintiff,  )  CASE NO.

   v.       )  ORDER ISSUING BENCH WARRANT

GORDON DONALD GAZAWAY,

    Defendant.

  An Indictment having been returned against the above-named defendant, now therefore

  IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

  DATED this <u>10th</u> day of <u>November</u>, 2010.

            _____
            UNITED STATES MAGISTRATE JUDGE

**SECRET**: YES__XX__ NO_____